UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ALESSANDRO GAJANO,

                Plaintiff,

     -against-

NORDDEUTSCHE LANDESBANK
GIROZENTRALE,

                Defendant.

------------------------------------------------------------x

: 08 CV 0161

: STATEMENT
: PURSUANT TO
: FEDERAL RULE 7.1

Pursuant to Federal Rule 7.1, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant Norddeutsche Landesbank Girozentrale ("Nord/LB"), in the above-captioned matter, certifies that Nord/LB does not have any corporate parents, subsidiaries or affiliates that are publicly held.

Dated: New York, New York
       January 8, 2008

                                McDERMOTT WILL & EMERY LLP

                                By: _____
                                    Joel E. Cohen (JEC 5312)
                                    Katherine D. Kale (KDK 7586)

340 Madison Avenue
New York, NY 10173
(212) 547-5400

*Attorneys for Defendant*
*Norddeutsche Landesbank Girozentrale*