# CERTIFICATE OF SERVICE

Robert J. Candella, pursuant to 28 U.S.C §1746, declares under penalty of perjury, that I am not a party to the action, am over the age of eighteen, am employed by McDermott Will & Emery LLP, and reside in Kings County, New York. On January 9, 2008, I served true copies of the Notice of Filing Notice of Removal including filed stamped copies of the Notice of Removal with Index Number and judge's initials indicated thereon, Civil Cover Sheet and Statement Pursuant to Federal Rule 7.1 upon Mark E. Goidell, Esq.,377 Oak Street, Suite 101,Garden City, New York 11530 via Federal Express for overnight delivery - Tracking Number #7997-8130-7607.

_____
Robert J. Candella