## CERTIFICATE OF SERVICE

Katherine D. Kale, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury, that I am not a party to the action, am over the age of eighteen, am employed by McDermott Will & Emery LLP, and reside in New York County, New York. On January 15, 2008, I served a true and correct copy of **Answer** upon Mark E. Goidell, Esq., 377 Oak Street, Suite 101, Garden City, New York 11530 via first-class mail.

*[signature]*
Katherine D. Kale