UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ALESSANDRO GAJANO,

                        Plaintiff,

     - - against - -

NORDDEUTSCHE LANDESBANK GIROZENTRALE,

                        Defendant.
------------------------------------------------------------------------X

**NOTICE OF APPEARANCE**
Docket No.: 08-CV-161 (MGC)

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel for the plaintiff in the above-captioned matter.

    I certify that I am admitted to practice in this Court.

Dated: Garden City, New York
        January 31, 2008

Law Office of Mark E. Goidell

_____/s/_____
By: Mark E. Goidell (MG-4786)
Attorneys for Plaintiff
377 Oak Street, Suite 101
Garden City, New York 11530
(516) 683-0001
Fax: (516) 222-1094