UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

ALESSANDRO GAJANO,

        Plaintiff,

  -against-

NORDDEUTSCHE LANDESBANK
GIROZENTRALE,

        Defendant.

------------------------------------- X

08-CV-0161 (MGC)

ECF CASE

**NOTICE OF MOTION**

**MEMO ENDORSED**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and the Affidavit of Joel E. Cohen, Esq., sworn to April 17, 2008, and the exhibits attached thereto, defendant Norddeutsche Landesbank Girozentrale, by and through its attorneys McDermott Will & Emery LLP, will move this Court on a date and at a time to be designated by the Court, at the United States Courthouse located at 500 Pearl Street, New York, New York for an Order, pursuant to Rules 38 and 39 of the Federal Rules of Civil Procedure, to strike the demand for a jury trial contained in the amended complaint filed by plaintiff Alessandro Gajano.

Dated: New York, New York
      April 14, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

Respectfully submitted,

McDERMOTT WILL & EMERY LLP

By: _____
Joel E. Cohen (JC 5312)
Katherine D. Kale (KK 7586)
340 Madison Avenue
New York, New York 10173
(212) 547-5400

*Attorneys for Defendant*

NYK 1155928-1.041332.0354

Motion denied as premature.
So ordered. S/
        United States District Judge
June 25, 2008