UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALESSANDRO GAJANO,

              Plaintiff,

    - against -

NORDDEUTSCHE LANDESBANK GIROZENTRALE,

             Defendant.
------------------------------------------------------------X

**NOTICE OF CROSS-MOTION**

Case No. 08-CV-0161 (MGC)

**MEMO ENDORSED**

PLEASE TAKE NOTICE, that upon the annexed Affidavit of Mark E. Goidell, Esq., duly sworn to on the 25th day of April, 2008, Plaintiff's Memorandum of Law in Support of the Cross-Motion for Leave to File Jury Demand and in Opposition to the Defendant's Motion to Strike Jury Demand, and all prior proceedings had herein, the plaintiff will move this Court, to be held in and for the United States District Court, Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, for an Order (i) granting leave to plaintiff to file a jury demand pursuant to Fed. R. Civ. P. 39(b) and 81(c), and (ii) for such other and further relief as this Court may deem just and proper.

*Motion denied as premature.*
*So ordered. S/*
*United States District Judge*
*June 25, 2008*