UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
ALESSANDRO GAJANO,                       :

       Plaintiff,                       :     08-CV-0161 (MGC)

  -against-                              :     ECF CASE

NORDDEUTSCHE LANDESBANK                  :     **ORDER**
GIROZENTRALE,                            :

       Defendant.
---------------------------------------- X

IT IS HEREBY ORDERED that the deadline for the parties to complete discovery and file non-dispositive motions be extended from August 31, 2008 to October 31, 2008.

Date:   July 15, 2008

SO ORDERED,

_____
MIRIAM GOLDMAN CEDARBAUM
United States District Judge

NYK 1169497-1 041332 0351